1  CARLTON, DISANTE & FREUDENBERGER LLP
   Jeremy T. Naftel (Cal. Bar No. 185215)
2  8950 Cal Center Drive, Suite 160
   Sacramento, CA 95826
3  Telephone: (916) 361-0991
4  Facsimile: (916) 361-1480

5  MARTENSON, HASBROUCK & SIMON LLP
   Patricia E. Simon, Esq. (Georgia Bar No. 618233)
6  Ted M. Scartz, Esq. (Georgia Bar No. 628452)
   Suzanne E. Deddish, Esq. (Georgia Bar No. 215645)
7  3379 Peachtree Road, N.E., Suite 400
   Atlanta, Georgia 30326
8  Telephone: (404) 909-8100
9  Facsimile: (404) 909-8120

10 **Attorneys for Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HAROLD COLE, | ) Case No. Case No. C-05-04713 JSW |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) (Proposed) |
| | ) **ORDER GRANTING APPLICATION** |
| JOHNSON INDUSTRIES, INC. dba HUNT AUTOMOTIVE GROUP, and DOES 1-20 | ) **FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| Defendants. | ) |

SUZANNE E. DEDDISH, an active member in good standing of the bar of GEORGIA, whose business address and telephone number is MARTENSON, HASBROUCK & SIMON, LLP, 3379 PEACHTREE ROAD, NE, SUITE 400, ATLANTA, GEORGIA, 30326, (404) 909-8100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing, JOHNSON INDUSTRIES, INC. dba HUNT AUTOMOTIVE GROUP.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

1  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
2  *vice*. Service of papers upon and communication with co-counsel designated in the application will
3  constitute notice to the party. All future filings in this action are subject to the requirements
4  contained in the General Order No. 45, Electronic Case Filing.

Dated: December 8, 2005

_____
Hon. Jeffrey S. White, United States District Court Judge