CARLTON, DiSANTE & FREUDENBERGER LLP
Jeremy T. Naftel (Cal. Bar No. 185215)
8950 Cal Center Drive, Suite 160
Sacramento, CA 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480

MARTENSON, HASBROUCK & SIMON LLP
Patricia E. Simon, Esq. (Georgia Bar No. 618233)
Ted M. Scartz, Esq. (Georgia Bar No.)
Suzanne E. Deddish, Esq. (Georgia Bar No. 215645)
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
Telephone: (404) 909-8100
Facsimile: (404) 909-8120

**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD COLE, <br><br> Plaintiff, <br><br> vs. <br><br> JOHNSON INDUSTRIES, INC. dba HUNT AUTOMOTIVE GROUP, and DOES 1-20 <br><br> Defendants. | Case No. C-05-04713 JSW <br><br> (~~Proposed~~) <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

PATRICIA E. SIMON, an active member in good standing of the bar of GEORGIA, whose business address and telephone number is MARTENSON, HASBROUCK & SIMON, LLP, 3379 PEACHTREE ROAD, NE, SUITE 400, ATLANTA, GEORGIA, 30326, (404) 909-8100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing, JOHNSON INDUSTRIES, INC. dba HUNT AUTOMOTIVE GROUP, and DOES 1-20.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

1  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
2  *vice*. Service of papers upon and communication with co-counsel designated in the application will
3  constitute notice to the party. All future filings in this action are subject to the requirements
4  contained in the General Order No. 45, Electronic Case Filing.

8  Dated: December 8, 2005

   *[signature: Jeffrey S. White]*
   Hon. Jeffrey S. White, United States District Court Judge