1  CARLTON, DISANTE & FREUDENBERGER LLP
   Jeremy T. Naftel (Cal. Bar No. 185215)
2  8950 Cal Center Drive, Suite 160
   Sacramento, CA 95826
3  Telephone: (916) 361-0991
4  Facsimile: (916) 361-1480

5  MARTENSON, HASBROUCK & SIMON LLP
   Patricia E. Simon, Esq. (Georgia Bar No. 618233)
6  Ted M. Scartz, Esq. (Georgia Bar No. 628452)
   Suzanne E. Deddish, Esq. (Georgia Bar No. 215645)
7  3379 Peachtree Road, N.E., Suite 400
   Atlanta, Georgia 30326
8  Telephone: (404) 909-8100
9  Facsimile: (404) 909-8120

10 **Attorneys for Defendants**

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

   HAROLD COLE,                          )  Case No. C-05-04713 JSW
                                         )
              Plaintiff,                 )
                                         )  (Proposed)
        vs.                              )  **ORDER GRANTING APPLICATION
                                         )  FOR ADMISSION OF ATTORNEY *PRO
   JOHNSON INDUSTRIES, INC. dba HUNT     )  HAC VICE***
   AUTOMOTIVE GROUP, and DOES 1-20       )
                                         )
              Defendants.                )
                                         )

   TED M. SCARTZ, an active member in good standing of the bar of GEORGIA, whose business address and telephone number is MARTENSON, HASBROUCK & SIMON, LLP, 3379 PEACHTREE ROAD, NE, SUITE 400, ATLANTA, GEORGIA, 30326, (404) 909-8100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing, JOHNSON INDUSTRIES, INC. dba HUNT AUTOMOTIVE GROUP.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

1 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in the General Order No. 45, Electronic Case Filing.

Dated: December 8, 2005

_____
Hon. Jeffrey S. White, United States District Court Judge